AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

James A. Pauling, #181883

        Petitioner,

vs.

Oscar Faulkenberry, Warden of
Kershaw Correctional Institution;
and Henry McMaster, Attorney
General of South Carolina,

        Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:06-1828-MBS-RSC

**Decision on the Record.** This action came before the court on the record, Honorable Margaret B. Seymour, U.S. District Judge, presiding. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** that this Petition is dismissed without prejudice and without requiring Respondents to file a Return. The Petitioner shall take nothing on his Petition filed pursuant to Title 28: U.S.C. 2254.

                                                 LARRY W. PROPES, Clerk

                                                 By <u>s/Susan K. Sanders</u>
                                                              Deputy Clerk

December 7, 2006